ACCEPTED
12-14-00240CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/16/2015 3:44:21 PM
Pam Estes
CLERK

NO. 12-14-00240-CR

IN THE

COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/16/2015 3:44:21 PM
PAM ESTES
Clerk

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

---

THE STATE OF TEXAS, Appellant

VS.

MARK ERIC EMANUEL, Appellee

STATE'S MOTION FOR LEAVE TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, the State of Texas by and through her 1st Assistant Criminal District Attorney, Scott C. Holden, and hereby requests for a leave to file the State's Brief and in support of same would show the court as follows:

1. The State's Brief in this case number was due on September 14, 2015.

2. This 1st Assistant Criminal District Attorney was in an aggravated robbery jury trial the week of September 8th.

3. This 1st Assistant District Attorney has been tasked with the completion of this brief.

4. This 1st Assistant District Attorney failed to calendar this brief and missed the

passing of the deadline.

5. The State failed to file its brief in a timely manner.

The undersigned is requesting leave to file the State's brief.

The undersigned is not seeking this leave for the purposes of delay.

**WHEREFORE**, for the foregoing reasons, the State respectfully prays that this Honorable Court accepts the filing of the State's brief.

Respectfully submitted,

**SCOTT C. HOLDEN, 1ˢᵗ ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET, RM 38
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion for Leave to File State's

Brief has been sent by fax to Steve Evens, Attorney for Appellant.

**SCOTT C. HOLDEN, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET, RM 38
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795**

| THE STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF ANDERSON | § |

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN** who states on oath that the facts contained in the State's Motion for Leave to File State's Brief in <u>The State of Texas vs. Mark Eric Emanuel</u>, (Trial Court Cause No. 31259 in the Third Judicial District Court of Anderson County, Case No. **12-14-00240-CR** in the Twelfth Court of Appeals, Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, 1st ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

Given under my hand and seal of office this the 16th day of September, 2015.

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**